UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                        Case No. 23-CR-147

DOUGLAS T. MURPHY,

        Defendant.

## ORDER FOR TRANSCRIPTS

On December 14, 2023, Defendant Douglas T. Murphy was found guilty of one count of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), and the sentencing hearing was set for March 18, 2024, at 1:30 p.m. Murphy filed, pro se, a Motion for Waiver of Counsel and a Motion for Acquittal and New Trial. His counsel then filed a Motion to Withdraw as Attorney. The court addressed the pending motions at a January 8, 2024 hearing and, after a full colloquy, the court granted counsel's motion to withdraw and Murphy's request that he be allowed to represent himself. The court denied Murphy's pro se motions for acquittal and a new trial.

At the conclusion of the hearing, Murphy requested transcripts of the previous hearings to aid him in his preparation for filing additional motions, sentencing, and an eventual appeal. Although it is unclear whether transcripts are needed for further proceedings before this court, the Court approved the request and directed that the requested transcripts be provided since the case is likely headed for appeal in any event. The court therefore orders that transcript be prepared for

the hearing held on 8/17/2023; 10/18/2023, 11/13/2023, 12/1/2023, and 12/14/23 and copies provided to Murphy.

Because Murphy is no longer represented by counsel appointed under the Criminal Justice Act (CJA), payment for the transcripts is to be made through this court's General Authorization as Murphy is indigent.

SO ORDERED at Green Bay, Wisconsin this 10th day of January, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge